

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00566-CV

**IN THE INTEREST OF J.E.R.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00940
Honorable Richard Garcia, Associate Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of termination is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED February 12, 2020.

Luz Elena D. Chapa, Justice